# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Rhonda Funmaker et all

▓▓▓▓▓ ▓▓▓▓▓▓▓

(Full Name of Plaintiff or Plaintiffs)

vs

Adams

Adams County Treasurer

(Full Name of Defendant or Defendants)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2013 OCT 29 P 4:15

J.␣␣␣␣␣␣FILIPPO
CLERK

Case No. **13-C-1211**
(Supplied by Clerk)

## COMPLAINT

**I. PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
 ☐ YES    ☒ NO

B. Have you begun other lawsuits in state or federal court?
 ☐ YES    ☒ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

 1. Parties to the previous lawsuit

  Plaintiff(s) _____

  Defendant(s) _____

 2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)

Revised 05/2013

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?
   _____
   _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) Rhonda Lee Funmaker,
   S▓▓▓ D▓▓ F▓▓▓▓▓

B. Your Address and Phone Number 916 State Rd 21, Friendship
   WI 53934 (608)844-3751
   (If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) Adams County Circuit Court

D. Defendants address P.O. Box 470
   Friendship, WI 53934

E. Additional DEFENDANTS (names and addresses) Adams County Treasurer
   P.O. Box 470
   Friendship, WI 53934

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate *numbered* paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: Regarding Adams Co Treasurer:
On two separate occassions I called The Adams County Treasurer (Jani Zander) I told her who I was and the purpose for my call. To speak with her regarding the letter I received regarding back property taxes for 916 State Rd 21, Friendship, WI 53934. She told me, "I can go to the court on September 23, 2013 and ask the Judge for an extension. The extension is for six months, at which time the entire years of back taxes will become due or foreclosure proceedings will start." That means in six months the 2009, 2010, 2011 and 2012 taxes will ALL be due." I said I believe I can do that, I just need a few more months, I have put in a request to Ho-Chunk Nation for help with these back taxes."
When we arrived in Circuit Court, 9-23-13, I repeated my conversation, to the judge, and he said NO. When Ms. Zander spoke the judge interrupted her from finishing her statement.
It is my belief that the Adams County Treasurer gave me (legal) information. She also gave the same identical information to my cousin, in person, Ms. Jodee Smith.

**STATEMENT OF CLAIM-Continued** (See attachments)

1) Adams Co Circuit Court: I asked the circuit Judge for an extension of six months, I had documents re: S▬▬▬ letter, Tribal Burial sites, Religious ceremonial site information and that there is a Federal Bureau of Indian Affairs built home on the site (Kenneth Funmaker Sr.) and that he willed the BIA Home to our minor child S▬▬▬ F▬▬. The Judge would not look at these documents

2) I asked the judge to consider the extension, he said no. I told him I felt my case was different, he said no, I said no one else here has a federal I.D. number or a BIA Home... he cut me off and said, "he wasn't interested in Indian/Native Rights and I don't know anything about nat. Amer. lands and I'm not here to discuss that." (Paraphrased) I am submitting a written request for transcript.

3) Who and why did AC assess an additional $285,000 making the opening bid move than the actual back taxes of 2009, 10, 11 and 12. Also, making it more difficult for me to ever hope to bid on our ancestral sacred site. Where our Bear Clan & tribal ho-chunks have held traditional ceremonies before our grandparents and great grandparents were a part of the forced removal. Where we continue to perform religious, cultural, and healing ceremonies.

4) Traditional Burial Site: My maternal great grandparents and two infants are buried in our traditional ceremonial customs on these two parcels.

## STATEMENT OF CLAIM-Continued

END STATEMENT OF CLAIM

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

1) I want the six month extension. This property is a sacred site, it should be wholly recognized under our Federal Cival Rights as Native HoChunk sacred ceremonial & religious, burials. The County should not hold deed to our village.

2) The Adams County Treasurer gave legal advice to me and a member of our family (Jodee Smith) which caused injury to me, S▓▓▓ and our Clan/Nation. I want accountability for giving me/sister mis information

3) and, the damages (intentional) abuse of authority by Adams County to myself, S▓▓▓ (a minor) and our Clan and Nation - Federal ID #439A001891

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __29__ day of __October__, __2013__.

*Rhonda Funmaker, et al*

_____
(Signature of Plaintiff(s))